IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERARDO ESCOTO, et al.,

    Plaintiffs,                               No. CIV 08-839 MCE KJM

    vs.

FOREMOST SUPERIOR MARBLE, INC., et al.,

    Defendants.                           <u>ORDER</u>

/

        Defendants' motion to compel came on regularly for hearing May 27, 2009. Adam Wang and Adam Pedersen appeared telephonically for plaintiffs. Jeremy Naftel appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel is granted. No later than May 29, 2009, plaintiffs shall provide verified responses, without objections, to the interrogatories; responsive documents also shall be produced, without objection. If plaintiffs, after a diligent search, are unable to locate documents responsive to a particular category of documents, then a statement signed by plaintiff's counsel, describing the search and specifically identifying the categories of documents for which no documents could be found, shall be provided to defendants.

2. Reasonable expenses incurred in connection with this motion are awarded to defendants against plaintiffs in the amount of $ 4,918.88.

DATED: May 28, 2009.

_____
U.S. MAGISTRATE JUDGE

006
escoto.oah