UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERARDO ESCOTO, TEODORO RUVALCABA, and TOMAS VEGA, individually and on behalf of others similarly situated,

        Plaintiffs,

   v.

FOREMOST SUPERIOR MARBLE, INC., PAUL HOWARD, ANTHONY JONES and DOES 1-10,

        Defendants.

No. 2:08-cv-00839-MCE-KJM

**ORDER**

----oo0oo----

Presently before the Court is Defendants' Motion to Disqualify Counsel for Plaintiffs pursuant to Federal Rule of Civil Procedure 23(a)(4).[1]  Defendants' Motion is made on grounds that Plaintiffs' attorneys are unable to competently represent the interests of Plaintiffs and the class they purport to represent in this lawsuit for alleged wage and hour violations.

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless otherwise indicated.

1

Rule 23, by its terms, applies only to class actions. While Plaintiffs' complaint is indeed denominated as a class action, Plaintiffs have made no effort to certify this matter as a class and, in opposition to Defendants' Motion, specifically represent that they have no intent to move for such certification. Pls.' Opp., 2:8-12.

Absent class certification and given Plaintiffs' representation that they intend to proceed forward with this lawsuit only on their individual claims, Defendants' Motion to Disqualify is moot and is accordingly DENIED.[2]

IT IS SO ORDERED.

Dated: October 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).

2