UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ESCOTO, et al., | No. 2:08-cv-00839-MCE-KJM |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| FOREMOST SUPERIOR MARBLE, INC., et al., | |
| Defendants. | |
| EDUARDO GUERRERO and ADAN CISNEROS GUERRERO, on behalf of themselves and others similarly situated, | No. 2:09-cv-02854-JAM-KJM |
| Plaintiffs, | |
| v. | |
| FOREMOST SUPERIOR MARBLE, INC., et al., | |
| Defendants. | |

///
///
///
///

1  The Court has received the Notice of Related Case filed on
2 October 17, 2009.
3  Examination of the above-entitled civil actions reveals that
4 these actions are related within the meaning of Local Rule 83-
5 123(a) (E.D. Cal. 1997).  The actions involve many of the same
6 defendants and are based on the same or similar claims, the same
7 property transaction or event, similar questions of fact and the
8 same questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13  The parties should be aware that relating the cases under
14 Local Rule 83-123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19  IT IS THEREFORE ORDERED that the action denominated
20 2:09-cv-02854-JAM-KJM, Eduardo Guerrero, et al. v. Foremost
21 Superior Marble, Inc., et al. is reassigned to Judge Morrison C.
22 England, Jr. and Kimberly J. Mueller for all further proceedings,
23 and any dates currently set in this reassigned case only is
24 hereby VACATED.  The Clerk of the Court is to issue an Order
25 Requiring Joint Status Report.  Henceforth, the caption on
26 documents filed in the reassigned case shall be shown as 2:09-cv-
27 02854-MCE-KJM.
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3