ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
adamqwang@gmail.com

Attorney for Plaintiffs

Mark S. Spring, State Bar No. 155114
JeremyT. Nafte1, State BarNo. 185215
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: mspring@cdflaborlaw.com
        jnaftel@cdflaborlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCOTO, et. al., | Case No: 2:08-cv-00839-MCE-KJM |
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |
| vs. | |
| FOREMOST SUPERIOR MARBLE, et. al., | |
| Defendants | |

Having reached a settlement, parties hereby stipulate to dismiss this case in its entirety with prejudice pursuant to FED. R. CIV. PRO. 41(a)(1).

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | By: /s/ Adam Wang          .<br>     Adam Wang<br>     Attorney for Plaintiffs |
| 2 | Dated: March 19, 2010 | CARLTON DiSANTE & REUDENBERGER LLP<br>Mark S. Spring<br>Jeremy T. Naftel |

Dated: March 19, 2010          By: */s/ Jeremy T. Naftel*
                                   Jeremy T. Naftel
                                   Attorneys for Defendants Foremost Superior
                                   Marble, Inc., Paul Howard and Anthony Jones

_____

## ORDER

Pursuant to the parties' stipulation, this case is hereby dismissed in its entirety. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE